United States District Court
Northern District of California

1
2
3
4               UNITED STATES DISTRICT COURT
5              NORTHERN DISTRICT OF CALIFORNIA
6
7   MUTHANA KORAISH,                    Case No. 14-cv-00491-WHO
         Plaintiff,
8
      v.                                **ORDER OF DISMISSAL UPON
9                                       SETTLEMENT**
    SEALIFT INC,
10                                      Re: Dkt. No. 16
         Defendant.
11
12
13      The parties to the action, by and through their counsel, have advised the Court that they have
14  agreed to a settlement.
15      IT IS ORDERED that this matter is DISMISSED WITH PREJUDICE and any hearings
16  scheduled in this matter are VACATED. It is further ordered that if any party certifies to this Court,
17  with proper notice to opposing counsel within ninety (90) days from the date below, that settlement
18  has not in fact occurred, this order shall be vacated and this cause shall be restored to the calendar for
19  further proceedings. **IT IS SO ORDERED**.
20
21  Dated: March 26, 2014
22                                      _____
23                                      WILLIAM H. ORRICK
                                        United States District Judge
24
25
26
27
28